

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00137-CV

Erica Renee **RENDON**,
Appellant

v.

**CHAVEZ REAL ESTATE HOLDINGS LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV00613
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellant.

SIGNED July 17, 2024.

_____
Lori I. Valenzuela, Justice